ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| WEB, LLC | ) ASBCA Nos. 62705, 62752, 62811 |
| | ) |
| Under Contract No. W912L1-18-C-7010 | ) |

APPEARANCE FOR THE APPELLANT:       Theodore L. Manos, Esq.
                                      Robertson Hollingsworth Manos & Rahn, LLC
                                      Charleston, SC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                      Army Chief Trial Attorney
                                      CPT Ethan S. Chae, JA
                                      Dana J. Chase, Esq.
                                      Trial Attorneys

ORDER OF DISMISSAL

For reasons indicated by the appellant in its request received June 8, 2021, the appeals are hereby dismissed without prejudice pursuant to Board Rule 18. Unless either party or the Board acts to reinstate the appeals within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: June 10, 2021

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62705, 62752, 62811, Appeals of WEB, LLC, rendered in conformance with the Board's Charter.

Dated: June 11, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals